UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 25, 2022    **Time in Court: 14 minutes**    **Judge:** VINCE CHHABRIA

**Case No.**: 21-cr-00463-VC-1    **Case Name:** UNITED STATES v. Albert Collins

**Attorney for United States of America: Lauren Harding**
**Attorney for Defendant: Scott Sugarman**
**Defendant: [X] PRESENT   [] NOT PRESENT**
**Defendant's Custodial Status: [X] In Custody   [] Not In Custody**

**Deputy Clerk:** Kristen Melen         **Court Reporter:** Ana Dub
**Interpreter:** N/A                    **Probation Officer:** N/A

### PROCEEDINGS

Change of plea - hearing held.

### RESULT OF HEARING

Defendant is sworn and examined by the Court. Defendant is advised of his rights and waives said rights. The Court finds the defendant competent and the defendant's plea knowing and voluntary and accepts the defendant's plea of guilty to Count One of the Indictment. The Plea Agreement is filed.

The Court orders that the defendant is referred to U.S. Probation for the creation of a Pre-Sentence Report.

**CASE CONTINUED TO: November 14, 2022, at 1:00 P.M., for Sentencing**