KEKER, VAN NEST & PETERS LLP
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorney for Defendant
Albert Collins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00463-VC-1 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD DEADLINES** |
| v. | |
| ALBERT COLLINS, | Dept.:    Courtroom 4 – 17th Floor |
| Defendant. | Judge:    Hon. Vince Chhabria |
| | Date Filed: October 2, 2024 |

Defendant Albert Collins ("Mr. Collins") and the United States of America ("United States") hereby stipulate and agree as follows:

WHEREAS the United States filed a motion to dismiss a Form 12 on October 2, 2024, Dkt. 86;

WHEREAS the deadline for Mr. Collins to file any response is currently set for October 16, 2024, Dkt. 75;

WHEREAS counsel for Mr. Collins is currently in trial before the Hon. Edward Davila and expects to be in trial through the end of October;

WHEREAS the Defendant is out of custody and this Court indicated at the September 4, 2024 status conference that it was willing to entertain a request for an extension of the deadlines related to the government's motion to dismiss; and

WHEREAS the Court's calendar indicates that it is available in November 2024;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that

1. The deadline for Mr. Collins to file any response to the government's motion to dismiss shall be extended to November 6, 2024.

2. The October 30, 2024 status conference shall be re-set for November 13, 2024, or a date thereafter at the Court's convenience.

Dated: October 14, 2024                    ISMAIL J. RAMSEY
                                           United States Attorney


                                    By:    /s/ *Christine Chen*
                                           CHRISTINE CHEN
                                           Special Assistant United States Attorney

                                           Attorney for the United States


Dated: October 14, 2024                    KEKER, VAN NEST & PETERS LLP


                                    By:    /s/ *Cody Gray*
                                           CODY GRAY

                                           Attorney for Defendant
                                           Albert Collins

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD DEADLINES
Case No. 3:21-cr-00463-VC-1

2806570

## **CONCURRENCE**

I, Cody Gray, am the user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD DEADLINES. I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated:  October 14, 2024                              By:  /s/ *Cody Gray*

**[PROPOSED] ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: October 15, 2024          By: _____
                                     HON. VINCE CHHABRIA
                                     UNITED STATES DISTRICT JUDGE