1  KEKER, VAN NEST & PETERS LLP
   CODY GRAY - # 310525
2  cgray@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
4  Facsimile:    415 397 7188

5  Attorney for Defendant
   Albert Collins

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        | Case No. 3:21-cr-00463-VC-1

12 |              Plaintiff,           | **STIPULATION AND [PROPOSED]
   |                                   | ORDER TO CONTINUE MTD HEARING**
13 |        v.                         |
   |                                   | Dept.:      Courtroom 4 – 17th Floor
14 | ALBERT COLLINS,                   |
   |                                   | Judge:      Hon. Vince Chhabria
15 |              Defendant.           |
   |                                   | Date Filed: October 2, 2024
16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Albert Collins ("Mr. Collins") and the United States of America ("United States" or "the government") (collectively, the "parties") hereby stipulate and agree as follows:

WHEREAS the United States filed a motion to dismiss a Form 12 on October 2, 2024, Dkt. 86;

WHEREAS Mr. Collins filed a response to the government's motion to dismiss on November 6, 2024, Dkt. 90;

WHEREAS a hearing on the government's motion to dismiss is currently scheduled for November 13, 2024 at 1:00 p.m., Dkt. 89;

WHEREAS the parties understand that Mr. Collins was recently taken into state custody in connection with an unrelated criminal case filed in the Superior Court of California for the County of Alameda;

WHEREAS counsel for Mr. Collins desires additional time to confer with Mr. Collins and investigate his circumstances;

WHEREAS the parties understand the U.S. Marshals Service will need additional time to ensure Mr. Collins' presence at the motion-to-dismiss hearing in the event that Mr. Collins remains in state custody;

WHEREAS the parties agree to continue the hearing on the government's motion to dismiss to December 11, 2024; and

WHEREAS the Court's calendar indicates that it is available on December 11, 2024;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that

1.    The November 13, 2024 hearing on the government's motion to dismiss shall be re-set for December 11, 2024, or a date thereafter at the Court's convenience.

\\

\\

\\

\\

\\

\\

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD HEARING
Case No. 3:21-cr-00463-VC-1

2826409

1   Dated:  November 7, 2024                          ISMAIL J. RAMSEY
                                                      United States Attorney
2

3                                           By:   /s/ Christine Chen
                                                  CHRISTINE CHEN
4                                                 Special Assistant United States Attorney

5                                                 Attorney for the United States

6

7   Dated:  November 7, 2024                          KEKER, VAN NEST & PETERS LLP

8

9                                           By:   /s/ Cody Gray
                                                  CODY GRAY
10

11                                                Attorney for Defendant
                                                  Albert Collins
12

13                                  **CONCURRENCE**

14        I, Cody Gray, am the user whose ID and password are being used to file this

15   STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD HEARING.  I hereby attest

16   that each of the signatories has concurred in the filing of this document and has authorized the use

17   of his or her electronic signature.

18

19    Dated:  November 7, 2024              By:   /s/ Cody Gray

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD HEARING
Case No. 3:21-cr-00463-VC-1

2826409

1

**[PROPOSED] ORDER**

2

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

3

4

5

Dated:  November 8, 2024                    By: _____

6                                                          HON. VINCE CHHABRIA
                                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MTD HEARING
Case No. 3:21-cr-00463-VC-1

2826409