1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTINE CHEN (CABN 327581)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7291
7       FAX: (415) 436-7234
        Christine.Chen@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           ) CASE NO. 3:21-CR-00463-VC
                                       )
14         Plaintiff,                  )
                                       ) PETITION FOR WRIT OF HABEAS CORPUS
15         v.                          ) AD PROSEQUENDUM
                                       )
16 ALBERT COLLINS,                     )
                                       )
17         Defendant.                  )
                                       )
18

19 TO:   The Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of

20       California

21

22       Special Assistant United States Attorney CHRISTINE CHEN respectfully requests that the Court

23 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ALBERT COLLINS, whose

24 place of custody or jailor are set forth in the requested Writ, attached hereto.

25       The prisoner, ALBERT COLLINS, is required to appear as a defendant in the above-entitled

26 matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner

27 prays that the Court issue the Writ as presented.

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-CR-00463-VC

| | |
|---|---|
| Dated: November 8, 2024 | Respectfully Submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | _____/s/_____<br>CHRISTINE CHEN<br>Special Assistant United States Attorney |