# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MARK KOLC, Acting United States Marshal for the Northern District of California, and YESENIA SANCHEZ, Sheriff Overseeing the Santa Rita Jail, and /or any of his or her authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ALBERT COLLINS, who is in the custody of Santa Rita Jail in Alameda County, California, before the Honorable Vince Chhabria, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, on December 11, 2024, at 1:00 p.m., for a hearing regarding the defendant's supervised release in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ALBERT COLLINS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: November 12, 2024

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Mark B. Busby*

By _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-CR-00463-VC