ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wistar.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-00463-VC |
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL |
| ALBERT COLLINS, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney E. Wistar Wilson appears for the government in this matter in substitution of Special Assistant United States Attorney Christine Chen. Future ECF notices should be sent to AUSA E. Wistar Wilson with the following contact information: E. Wistar Wilson,

//

//

//

//

//

1  450 Golden Gate Avenue, Box 36055, San Francisco, California 94102, wistar.wilson@usdoj.gov.

2  SAUSA Christine Chen should be removed from the list of persons to be noticed.

4  DATED: November 22, 2024                    Respectfully submitted,

                                               ISMAIL J. RAMSEY
                                               United States Attorney


                                               __/s/ E. Wistar Wilson_____
                                               E. WISTAR WILSON
                                               Assistant United States Attorney