PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-00463-VC |
|     Plaintiff, | JOINT STATUS REPORT |
| v. | |
| ALBERT COLLINS, | |
|     Defendant. | |

    The United States of America ("the government") and Defendant Albert Collins ("Mr. Collins") (collectively, the "parties") provide the following status report in advance of the status conference scheduled for April 30, 2025 at 1:00 p.m.

    On July 10, 2024, U.S. Probation ("Probation") filed a Petition for Warrant for Person Under Supervision ("Form 12") against Mr. Collins. Dkt. 64. The Form 12 contained one charge relating to an arrest for alleged domestic violence. Dkt. 64. On October 2, 2024, the government moved to dismiss that Form 12, Dkt. 86, and on November 6, 2024, Mr. Collins responded to the government's motion, Dkt. 90. A status conference and hearing regarding the government's Motion to Dismiss was scheduled for December 11, 2024. For reasons articulated in the parties' under seal filing at Docket No. 97, the

1  parties respectfully requested that the Court vacate the December 11, 2024 hearing and order that a
2  further status report be filed within 60 days.
3       On December 9, 2024, the Court continued the status conference and motion hearing scheduled
4  for December 11, 2024 to February 12, 2025, to allow the parties to resolve Mr. Collins's Form 12
5  charges as a whole after the conclusion of underlying state proceedings.  *See* Dkt. 99.  On February 5,
6  2025, the Court further continued the status conference and motion hearing at the parties' request to
7  April 30, 2025.  As of the date of this filing, the parties understand that Mr. Collins remains in state
8  custody awaiting trial on state charges and his next court date is scheduled for late May.  As Mr.
9  Collins' state proceedings remain pending, the parties respectfully request that the Court continue the
10 April 30, 2025 status conference and motion hearing for approximately 90 days (*i.e.*, to mid-July 2025).
11 The parties will file a further status report in advance of that date.[1]

13 DATED:  April 23, 2025                              Respectfully submitted,

                                                      PATRICK D. ROBBINS
                                                      Acting United States Attorney


                                                      _____/s/_____
                                                      E. WISTAR WILSON
                                                      Assistant United States Attorney



20 DATED:  April 23, 2025                              Respectfully submitted,

                                                      KEKER, VAN NEST & PETERS, LLP


                                                      _____//Cody Gray//_____
                                                      CODY GRAY
                                                      Counsel for Defendant COLLINS

---

[1] Should the Court determine that a status conference is still needed, the parties request that it be set for at least 30 days after the Court issues its order setting the date so as to provide the U.S. Marshals with sufficient time to prepare to transport Mr. Collins.  Alternatively, the parties are prepared to proceed on April 30, 2025, with defense counsel waiving Mr. Collins's appearance.

STATUS REPORT                                         2
3:21-CR-00463-VC