CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7291
FAX: (415) 436-7234
Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT COLLINS,<br><br>Defendant. | **CASE NO. 3:21-CR-00463-VC**<br><br>**JOINT STIPULATION AND STATUS REPORT WITH [~~PROPOSED~~] ORDER** |

**STIPULATION AND STATUS REPORT**

The defendant, Albert Collins, represented by Cody Gray, and the United States, represented by Assistant United States Attorney Christine Chen, hereby stipulate, agree, and jointly request as follows:

A status conference is scheduled for February 11, 2026, at 1:00 p.m. Dkt. 108.

On July 10, 2024, U.S. Probation ("Probation") filed a Petition for Warrant for Person Under Supervision ("Form 12") against Mr. Collins. Dkt. 64. The Form 12 contained one charge relating to an arrest for alleged domestic violence. Dkt. 64. On October 2, 2024, the government moved to dismiss that Form 12, Dkt. 86, and on November 6, 2024, Mr. Collins responded to the government's motion, Dkt. 90. A status conference and hearing regarding the government's Motion to Dismiss were

scheduled for December 11, 2024. For reasons articulated in the parties' under seal filing at Docket No. 97, the parties respectfully requested that the Court vacate the December 11, 2024, hearing.

On December 9, 2024, the Court continued the status conference and motion hearing scheduled for December 11, 2024, to February 12, 2025, to allow the parties to resolve Mr. Collins's Form 12 charges as a whole after the conclusion of underlying state proceedings. *See* Dkt. 99. The Court granted the parties' request to continue the hearing on February 5, 2025, April 29, 2025, July 17, 2025, and October 6, 2025, because Mr. Collins's state proceedings had not yet concluded. Dkts. 101, 103, 106, 108.

As of the date of this filing, the parties understand that Mr. Collins remains in state custody awaiting trial on those state charges, with a preliminary hearing set to take place on April 13, 2026. The parties further understand that the state case is unlikely to resolve in the next few months. As Mr. Collins's state proceedings remain pending, the parties respectfully request that the Court continue the February 11, 2026, status conference and motion hearing for six months to August 11, 2026, or a date thereafter at the Court's convenience.[1]

IT IS SO STIPULATED.

DATED: January 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Christine Chen*
CHRISTINE CHEN
Assistant United States Attorney

/s/
CODY GRAY
Counsel for Defendant COLLINS

[1] Should the Court determine that a status conference is needed sooner, the parties request that it be set for at least 30 days after the Court issues its order setting the date so as to provide the U.S. Marshals with sufficient time to prepare to transport Mr. Collins. Alternatively, the parties are prepared to proceed with the hearing as currently scheduled, with defense counsel waiving Mr. Collins's appearance.

**[~~PROPOSED~~] ORDER**

Based on the representations of the parties in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the status hearing and hearing on the motion to dismiss in this matter currently set for February 11, 2026, is VACATED and CONTINUED to August 11, 2026, at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 15, 2026

VINCE CHHABRIA
United States District Judge