CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7291
FAX: (415) 436-7234
Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT COLLINS,<br><br>Defendant. | CASE NO. 3:21-CR-00463-VC<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Peter H. Kang, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney CHRISTINE CHEN respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ALBERT COLLINS (CDCR # CD9717), whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, ALBERT COLLINS (CDCR # CD9717), is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: July 21, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTINE CHEN
Assistant United States Attorney

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7291
FAX: (415) 436-7234
Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERT COLLINS),<br>Defendant. | CASE NO. 3:21-CR-00463-VC<br><br>~~[PROPOSED]~~ ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant ALBERT COLLINS (CDCR # CD9717), before this Court on the date stated in the Writ submitted, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: July 21, 2026

HON. PETER H. KANG
United States Magistrate Judge

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: JAY BIEBER, Acting United States Marshal for the Northern District of California, and KEVIN HIXON, Warden at North Kern State Prison**,** and /or any of his or her authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ALBERT COLLINS (CDCR # CD9717), who is in the custody of North Kern State Prison in Delano, California, before the Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on August 11, 2026, at 11:00 a.m. and before the Honorable Vince Chhabria, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, on August 11, 2026, at 2:00 p.m., regarding the defendant's supervised release violations in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ALBERT COLLINS (CDCR # CD9717) from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: July 21, 2026

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: ______________________
DEPUTY CLERK