KEKER, VAN NEST & PETERS LLP
CODY GRAY - # 310525
cgray@keker.com
SANA A. SINGH - # 342614
ssingh@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ALBERT COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT COLLINS,<br><br>Defendant. | Case No. 3:21-cr-00463-VC-1<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Dept.: Courtroom 3 – 17th Floor<br>Judge: Hon. Vince Chhabria<br><br>Date Filed: November 17, 2021 |

Defendant Albert Collins ("Mr. Collins") and the United States of America ("United States") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS the Parties are currently due to appear for a sentencing hearing on an amended Form 12 on September 22, 2026 at 2:00 p.m., Dkt, 120;

WHEREAS the Parties are preparing additional briefing for the Court related to the state court convictions that are the subject of the amended Form 12;

WHEREAS Mr. Collins' counsel is in trial until September 18, 2026 and desires an extension of time to further investigate Mr. Collins' state court convictions;

WHEREAS the Parties and the U.S. Probation Office are available on October 13, 2026, or a date thereafter at the Court's convenience; and

WHEREAS the Court's schedule currently indicates that the Court is available on October 13, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that

- Subject to the Court's availability and approval, the sentencing hearing currently set for September 22, 2026, at 2:00 p.m. shall be continued to October 13, 2026, at 2:00 p.m. or a date and time thereafter at the Court's convenience.

**IT IS SO STIPULATED.**

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

Dated: September 14, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Cody Gray*
CODY GRAY
SANA A. SINGH

Attorneys for Defendant
ALBERT COLLINS

Dated: September 14, 2026

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

By: */s/ Christine Chen*
CHRISTINE CHEN
Assistant United States Attorney

Attorney for the United States

**CONCURRENCE**

I, Cody Gray, am the user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING. I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: September 14, 2026

By: */s/ Cody Gray*
CODY GRAY

**[PROPOSED] ORDER**

Having reviewed the Parties' stipulation, the Court GRANTS the Parties' request and ORDERS that the sentencing hearing set for September 22, 2026, at 2:00 p.m. be reset to October 13, 2026 at 2:00 p.m.

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: September 16, 2026

By: ______________________________
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE